

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2016

No. 04-16-00786-CV

Anthony **MOORE** and Joann Moore,
Appellants

v.

David **SUBIA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04165
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On December 1, 2016, the trial court signed a Judgment for Forcible Eviction and Detainer and set supersedeas bond in the amount of $15,000. On December 5, 2016, Appellants Anthony Moore and Jo Moore filed a notice of appeal, stating their intent to appeal from the trial court's judgment. They also filed an Emergency Motion and Plea for Temporary Relief and Review of Excessive Supersedeas Bond, requesting that we also review the trial court's setting of supersedeas bond in the amount of $15,000. On December 8, 2016, we granted the Moores' motion to the extent that we ordered the judgment of the trial court stayed pending review of the amount of supersedeas bond. *See* TEX. PROP. CODE ANN. § 24.007 (West 2014); TEX. R. APP. P. 24.4. We thus ordered supplemental clerk's and reporter's records related to the setting of the supersedeas bond to be filed for appellate review. Those records have now been filed.

We therefore request that Appellee David Subia file a response to the Moores' motion seeking review of the supersedeas bond on or before **December 30, 2016**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2016.

_____
Keith E. Hottle, Clerk